| | | |
|---|---|---|
| In re: GOSLOVICH, CARL ANTHONY | § | Case No. 12-12648 |
| GOSLOVICH, SHARON JOYCE | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 01, 2012.  The undersigned trustee was appointed on October 01, 2012.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of          $          20,469.41

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 23.82 |
| Bank service fees | 187.11 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]          $ | 20,258.48 |

The remaining funds are available for distribution.

5.  Attached as **Exhibit B**  is a cash receipts and disbursements record for each estate bank account.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing  non-governmental claims in this case was 03/05/2013 and the deadline for filing governmental claims was 03/30/2013.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D** .

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,796.94.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,796.94, for a total compensation of $2,796.94.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $31.75, for total expenses of $31.75.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/24/2014            By:/s/Linda Green
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 12-12648 | **Trustee:** (001030) Linda Green |
| **Case Name:** GOSLOVICH, CARL ANTHONY | **Filed (f) or Converted (c):** 10/01/12 (f) |
| GOSLOVICH, SHARON JOYCE | **§341(a) Meeting Date:** 11/14/12 |
| **Period Ending:** 01/24/14 | **Claims Bar Date:** 03/05/13 |

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence, Location: 2109 Vintage Circle, SR | 450,000.00 | 0.00 | | 0.00 | FA |
| 2 | 9035 New Dawn Drive, Sacramento, CA 95826 | 130,000.00 | 0.00 | | 0.00 | FA |
| 3 | Cash on hand | 22.00 | 0.00 | | 0.00 | FA |
| 4 | Checking & Savings Account at Redwood CU | 800.00 | 0.00 | | 0.00 | FA |
| 5 | Checking Account at Bank of America | 272.98 | 0.00 | | 0.00 | FA |
| 6 | Household goods and furnishings at residence | 3,000.00 | 0.00 | | 0.00 | FA |
| 7 | Books, Pictures, DVD's and CD's | 1,000.00 | 0.00 | | 0.00 | FA |
| 8 | Clothing at residence | 450.00 | 0.00 | | 0.00 | FA |
| 9 | Wedding band and costume jewelry | 1,500.00 | 0.00 | | 0.00 | FA |
| 10 | Winchester Model 12 Shotgun, Winchester Model 12 | 2,500.00 | 0.00 | | 0.00 | FA |
| 11 | Whole Life Insurance policy through State Farm; | 3,400.00 | 0.00 | | 0.00 | FA |
| 12 | Term Life Insurance policy | 0.00 | 0.00 | | 0.00 | FA |
| 13 | 33 shares of Arden Group, Inc | 3,182.85 | 3,182.85 | | 4,077.16 | FA |
| 14 | 100% Share ownership of All About Nails, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 15 | 40 shares of Chevron Corporation stock | 4,688.00 | 4,688.00 | | 4,392.25 | FA |
| 16 | 2006 Toyota Camry 4 door Sedan | 12,500.00 | 9,775.00 | | 0.00 | FA |
| 17 | 1969 Ford Mustang 2 Door | 4,500.00 | 4,500.00 | | 0.00 | FA |
| 18 | Settlement with Debtors over value of home (u)  Settlement with debtors including sale of stock and money contributed via payments from the debtors. | 12,000.00 | 12,000.00 | | 12,000.00 | FA |
| **18** | **Assets**     **Totals (Excluding unknown values)** | **$629,815.83** | **$34,145.85** | | **$20,469.41** | **$0.00** |

**Major Activities Affecting Case Closing:**

12.4.12 Settlement w/ debtor's pending re: excess equity in property

2.5.13 Settlement executed; payments in process

7.3.13 Payments in process

9.12.13 all payments received; referred to accountant for tax return; claims review done, no objection; wait for tax return and prompt determination and fee applications for TFR

12.9.13 waiting on fee application from counsel.

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 12-12648 | **Trustee:** (001030) Linda Green |
| **Case Name:** GOSLOVICH, CARL ANTHONY | **Filed (f) or Converted (c):** 10/01/12 (f) |
| GOSLOVICH, SHARON JOYCE | **§341(a) Meeting Date:** 11/14/12 |
| **Period Ending:** 01/24/14 | **Claims Bar Date:** 03/05/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Initial Projected Date Of Final Report (TFR):**  December 13, 2013       **Current Projected Date Of Final Report (TFR):**  January 31, 2014

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 12-12648
**Case Name:** GOSLOVICH, CARL ANTHONY
GOSLOVICH, SHARON JOYCE
**Taxpayer ID #:** 30-6335901
**Period Ending:** 01/24/14

**Trustee:** Linda Green (001030)
**Bank Name:** Rabobank, N.A.
**Account:** 5002477466 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 01/03/13 | {18} | Golslovich, Carl and Sharon | Acct #12-12648; Payment #1 | | 1249-000 | 1,000.00 | | 1,000.00 |
| 01/15/13 | {15} | Carl & Sharon Goslovich | Shares from Chevron Stock | | 1129-000 | 4,392.25 | | 5,392.25 |
| 01/23/13 | 101 | International Sureties, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/23/2013 FOR CASE #12-12648 | | 2300-000 | | 3.95 | 5,388.30 |
| 01/28/13 | {18} | Carl & Sharon Goslovich | Acct #12-12648; Payment #2 | | 1249-000 | 1,000.00 | | 6,388.30 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 6,378.30 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 6,368.30 |
| 03/04/13 | {18} | Carl & Sharon Goslovich | Acct #12-12648; Payment #3 | | 1249-000 | 1,000.00 | | 7,368.30 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 7,358.30 |
| 04/02/13 | {18} | Carl & Sharon Goslovich | Acct #12-12648; Payment #4; Settlement with Debtor's over value of home | | 1249-000 | 1,000.00 | | 8,358.30 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 12.53 | 8,345.77 |
| 05/06/13 | {18} | Carl & Sharon Goslovich | Acct #12-12648; Payment #5; Payment for buyback of vehicle | | 1249-000 | 1,000.00 | | 9,345.77 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 13.55 | 9,332.22 |
| 06/03/13 | {18} | Carl & Sharon Goslovich | Acct #12-12648; Payment #6 | | 1249-000 | 1,000.00 | | 10,332.22 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 13.62 | 10,318.60 |
| 07/08/13 | {18} | Carl & Sharon Goslovich | Acct #12-12648; Payment #7; Payment for settlement over property value | | 1249-000 | 1,000.00 | | 11,318.60 |
| 07/31/13 | {18} | Carl & Sharon Goslovich | Acct #12-12648; Payment #8; Payment for settlement over property value | | 1249-000 | 1,000.00 | | 12,318.60 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 17.33 | 12,301.27 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 17.59 | 12,283.68 |
| 09/04/13 | {18} | Carl & Sharon Goslovich | Acct #12-12648; Payment #9 | | 1249-000 | 1,000.00 | | 13,283.68 |
| 09/12/13 | | Carl & Sharon Goslovich | Acct #1; Payment #10, 11 | | | 1,200.00 | | 14,483.68 |
| | {18} | | Acct #1; Payment #10 | 1,000.00 | 1249-000 | | | 14,483.68 |
| | {18} | | Acct #1; Payment #11 | 200.00 | 1249-000 | | | 14,483.68 |
| 09/12/13 | | All About Nails | Acct #1; Payment #11, 12 | | | 1,800.00 | | 16,283.68 |
| | {18} | | Acct #1; Payment #11 | 800.00 | 1249-000 | | | 16,283.68 |
| | {18} | | Acct #1; Payment #12 | 1,000.00 | 1249-000 | | | 16,283.68 |
| 09/12/13 | {13} | Morgan Stanley | Payment for shares in Arden Group | | 1129-000 | 4,077.16 | | 20,360.84 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 23.07 | 20,337.77 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 32.17 | 20,305.60 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 27.25 | 20,278.35 |
| 12/17/13 | 102 | International Sureties, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/01/2013 FOR CASE | | 2300-000 | | 19.87 | 20,258.48 |

Subtotals : $20,469.41 $210.93

{} Asset reference(s)

Case: 12-12648    Doc# 37    Filed: 03/13/14    Entered: 03/13/14 12:40:10    Page 5 of 12

# Form 2
## Cash Receipts And Disbursements Record

| | | | | | | | |
|---|---|---|---|---|---|---|---|
Case Number: 12-12648     Trustee: Linda Green (001030)

Case Name: GOSLOVICH, CARL ANTHONY    Bank Name: Rabobank, N.A.

GOSLOVICH, SHARON JOYCE    Account: 5002477466 - Checking Account

Taxpayer ID #: 30-6335901    Blanket Bond: $5,000,000.00 (per case limit)

Period Ending: 01/24/14    Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | #12-12648 | | | | |

| | | | | |
|---|---|---|---|---|
| ACCOUNT TOTALS | | | 20,469.41 | 210.93 | $20,258.48 |
| Less: Bank Transfers | | | 0.00 | 0.00 | |
| Subtotal | | | 20,469.41 | 210.93 | |
| Less: Payments to Debtors | | | | 0.00 | |
| NET Receipts / Disbursements | | | $20,469.41 | $210.93 | |

| Net Receipts : | 20,469.41 |
|---|---|
| Net Estate : | $20,469.41 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 5002477466 | 20,469.41 | 210.93 | 20,258.48 |
| | $20,469.41 | $210.93 | $20,258.48 |

{} Asset reference(s)    Case: 12-12648   Doc# 37   Filed: 03/13/14   Entered: 03/13/14 12:40:10   Page 6 of 12   Printed: 01/24/2014 11:43 AM   V.13.13

# Claims Register

## Case: 12-12648    GOSLOVICH, CARL ANTHONY

Claims Bar Date:    03/05/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Linda Green Trustee<br>P.O. Box 5350<br>Santa Rosa, CA 95403<br><2200-00  Trustee Expenses>, 200 | Admin Ch. 7<br>10/01/12 | | $31.75<br>$31.75 | $0.00 | $31.75 |
| | Linda Green, Trustee<br>P.O. Box 5350<br>Santa Rosa, CA 95401<br><2100-00  Trustee Compensation>, 200 | Admin Ch. 7<br>10/01/12 | | $2,796.94<br>$2,796.94 | $0.00 | $2,796.94 |
| | Jean Barnier<br>MacConaghy & Barnier, PLC<br>645 First St West Suite D<br>Sonoma, CA 95476<br><3210-00  Attorney for Trustee Fees (Other Firm)>, 200 | Admin Ch. 7<br>10/01/12 | | $5,382.50<br>$5,382.50 | $0.00 | $5,382.50 |
| | Jean Barnier<br>MacCcoaghy & Barnier,PLC<br>645 First Street West suite D<br>Sonoma, CA 95476<br><3220-00  Attorney for Trustee Expenses (Other Firm)>, 200 | Admin Ch. 7<br>10/01/12 | | $43.14<br>$43.14 | $0.00 | $43.14 |
| | Bachecki, Crom & Co., LLP<br>Jay D. Crom, CPA<br>180 Montgomery St. Suit 2340<br>San Francisco, CA 94104-4203<br><3410-00  Accountant for Trustee Fees (Other Firm)>, 200 | Admin Ch. 7<br>10/01/12 | | $2,893.50<br>$2,893.50 | $0.00 | $2,893.50 |
| | Bachecki, Crom & Co., LLP<br>Jay D. Crom, CPA<br>180 Montgomery Street, Suite 2340<br>San Francisco, CA 94104-4203<br><3420-00  Accountant for Trustee Expenses (Other Firm)>, 200 | Admin Ch. 7<br>10/01/12 | | $62.36<br>$62.36 | $0.00 | $62.36 |
| 1 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>12/24/12 | | $11,645.07<br>$11,645.07 | $0.00 | $11,645.07 |
| 2 | YP Holdings, LLC<br>Attn: Bankruptcy<br>1430 Empire Central, 4th Fl.<br>Dallas, TX 75247<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>01/14/13 | | $280.76<br>$280.76 | $0.00 | $280.76 |

# Claims Register

## Case: 12-12648   GOSLOVICH, CARL ANTHONY

Claims Bar Date:   03/05/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br><br>Wilmington, DE 19886 | Unsecured<br>01/28/13 | Notices should be sent to:<br>FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | $20,502.93<br>$20,502.93 | $0.00 | $20,502.93 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 4 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br><br>Wilmington, DE 19886 | Unsecured<br>01/28/13 | Notices should be sent to:<br>FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | $5,657.03<br>$5,657.03 | $0.00 | $5,657.03 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 5 | American InfoSource LP as agent for<br>Verizon<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Unsecured<br>01/29/13 | | $170.62<br>$170.62 | $0.00 | $170.62 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 6 | eCAST Settlement Corporation<br>P.O. Box 7247-697<br><br>Philadelphia, PA 19170-6971 | Unsecured<br>02/11/13 | COSTCO 5047<br><br>Transfer of claim from Capital One on 4.15.13<br>Notices should be sent to:<br>eCAST Settlement Corporation<br>c/o Bass & Associates, P.C.<br>3936 E Ft. Lowell, Suite 200<br>Tuscon, AZ 85712 | $1,287.05<br>$1,287.05 | $0.00 | $1,287.05 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 7 | WORLD'S FOREMOST BANK<br>CABELA'S CLUB VISA<br>PO BOX 82609<br>LINCOLN, NE 68501-2609 | Unsecured<br>02/22/13 | | $1,393.87<br>$1,393.87 | $0.00 | $1,393.87 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 8 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk, VA 23541 | Unsecured<br>03/04/13 | US BANK 4873 | $1,793.48<br>$1,793.48 | $0.00 | $1,793.48 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |

# Claims Register

## Case: 12-12648   GOSLOVICH, CARL ANTHONY

Claims Bar Date:   03/05/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 9 | Portfolio Recovery Associates, LLC | Unsecured | US BANK 4626 | $2,610.85 | $0.00 | $2,610.85 |
|  | POB 41067 | 03/04/13 |  | $2,610.85 |  |  |
|  | Norfolk, VA 23541 |  |  |  |  |  |
|  | <7100-00   General Unsecured § 726(a)(2)>,  610 |  |  |  |  |  |
|  |  |  | **Case Total:** |  | **$0.00** | **$56,551.85** |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.: 12-12648
Case Name: GOSLOVICH, CARL ANTHONY
Trustee Name: Linda Green

| | **Balance on hand:** | $ | 20,258.48 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|----------------|-------------------------|--------------------------|------------------|
| None | | | | | |

| | Total to be paid to secured creditors: | $ | 0.00 |
| | Remaining balance: | $ | 20,258.48 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| Trustee, Fees - Linda Green, Trustee | 2,796.94 | 0.00 | 2,796.94 |
| Trustee, Expenses - Linda Green Trustee | 31.75 | 0.00 | 31.75 |
| Attorney for Trustee, Fees - Jean Barnier | 5,382.50 | 0.00 | 5,382.50 |
| Attorney for Trustee, Expenses - Jean Barnier | 43.14 | 0.00 | 43.14 |
| Accountant for Trustee, Fees - Bachecki, Crom & Co., LLP | 2,893.50 | 0.00 | 2,893.50 |
| Accountant for Trustee, Expenses - Bachecki, Crom & Co., LLP | 62.36 | 0.00 | 62.36 |

| | Total to be paid for chapter 7 administration expenses: | $ | 11,210.19 |
| | Remaining balance: | $ | 9,048.29 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| None | | | |

| | Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| | Remaining balance: | $ | 9,048.29 |

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00

Remaining balance: $ 9,048.29

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 45,341.66 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 20.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 11,645.07 | 0.00 | 2,323.87 |
| 2 | YP Holdings, LLC | 280.76 | 0.00 | 56.03 |
| 3 | FIA CARD SERVICES, N.A. | 20,502.93 | 0.00 | 4,091.52 |
| 4 | FIA CARD SERVICES, N.A. | 5,657.03 | 0.00 | 1,128.90 |
| 5 | American InfoSource LP as agent for | 170.62 | 0.00 | 34.05 |
| 6 | eCAST Settlement Corporation | 1,287.05 | 0.00 | 256.84 |
| 7 | WORLD'S FOREMOST BANK | 1,393.87 | 0.00 | 278.16 |
| 8 | Portfolio Recovery Associates, LLC | 1,793.48 | 0.00 | 357.90 |
| 9 | Portfolio Recovery Associates, LLC | 2,610.85 | 0.00 | 521.02 |

Total to be paid for timely general unsecured claims: $ 9,048.29

Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**